# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 323 MAL 2014
:
              Respondent : Petition for Allowance of Appeal from the
: Order of the Superior Court
              v. :
:
EMILY BELLOWS-SHAFFER, :
:
              Petitioner


## ORDER


**PER CURIAM**

     **AND NOW**, this 24th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.